UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 09-02257-JDP |
| ORTIZ, MANUEL<br>ORTIZ, MARIA R. | Chapter 7 |
| Debtor(s) | |

ORDER AVOIDING JUDGMENT LIENS

Upon consideration of the debtor(s)' motion to avoid lien(s), Collection Bureau, Inc, Brady Investment Group II/Winslow Investments Limited, and State of Idaho Industrial Commission having been served in compliance with the rules and no objections having been timely filed, it is

ORDERED that pursuant to Title 11 U.S.C. Sec. 522(f), the following judgment lien(s) are hereby avoided as to the real property described below:

a.) judgment lien held by Collection Bureau, Inc. recorded June 8, 2009 in the records of Canyon County, Idaho as Instrument No. 2009028149.

b.) judgment lien by virtue of an abstract of judgment held by Brady Investment Group II/Winslow Investments Limited, recorded on October 12, 2007 in Canyon County, Idaho as Instrument No. 2007068222.

c.) judgment lien by virtue of an abstract judgment held by State of Idaho Industrial Commission, recorded on June 22, 2007 in Canyon County, Idaho as Instrument No. 2007043674.

The above judgment lien(s) are avoided as to the real property described as follows:

A portion of Block 16, Amended Plat of YALE PARK ADDITION to Nampa, Canyon County, Idaho, as shown on the official plat thereof on file in the office of the Canyon County Recorder in Book 4 of Plats, Page 56, more particularly described as follows:

COMMENCING at the Southwest corner of Block 16, Amended Plat of YALE PARK ADDITION, and bearing Northerly 170.0 feet along the Westerly boundary of said block 16 to a point; thence
    Easterly 102.50 feet, more or less, along a line parallel to and 170.0 feet Northerly from the southerly boundary of said Block 16 to a point 260.42 feet Easterly from the Westerly boundary of Block 17, Amended Plat of YALE PARK ADDITION, said point being the TRUE POINT OF BEGINNING; thence continuing
    Easterly 55.42 feet, more or less, along a line parallel to and 170.0 feet Northerly from the Southerly boundary of said Block 16 to a point on the Easterly boundary of said Block 16; thence
    Northerly 170.0 feet along the Easterly boundary of said Block 16 to a point 340.0 feet Northerly from the Southerly boundary of said Block 16; thence
    Westerly 55.52 feet, more or less, along a line parallel to and 340.0 feet, Westerly from the Southerly boundary of said Block 16 to a point 260.42 feet Easterly from the Westerly boundary of Block 17, Amended Plat of YALE PARK ADDITION; thence
    Southerly 170.0 feet along a line parallel to and 260.42 feet Easterly from the Westerly boundary of said Block 17, to the POINT OF BEGINNING.

//end of text//

Dated: November 20, 2009

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Joseph Ammirati
attorney for the debtors, Manuel & Maria Ortiz