**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Manuel Ortiz Jr ) | Case Number:    09–02257–JDP |
| fdba Tortilleria Ortiz ) | |
| 237 Smith Ave ) | Chapter Number: 7 |
| Nampa, ID 83651 ) | |
| ) | |
| Social Security No.: xxx–xx–2657 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) | |
| Maria R Ortiz ) | |
| 237 Smith Ave ) | |
| Nampa, ID 83651 ) | |
| ) | |
| Social Security No.: xxx–xx–5512 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| ) | |
| _____ ) | |

**ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION AND CLOSING ESTATE**

IT APPEARING to the Court that the Trustee in this case has filed a report of no distribution and the Trustee has performed all duties required in the administration of this estate;

IT IS ORDERED that the report is APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have occurred during the time such bond was in effect and the estate is CLOSED.

AUDIT NOTICE: If prior to the receipt of this notice, the Bankruptcy Trustee took possession of any money, checks or other property and that property has not been returned to you, please contact the U.S. Trustee at (208) 334–1300.

Dated: 12/9/09

Shannon S. Harris (Acting)
Clerk, U.S. Bankruptcy Court